## DANIELS & BRO. v. SMITH & SMITH.

*Appeal from Linn District Court — Monday, April 12.*

Action in equity to set aside a conveyance as fraudulent, and to subject the property conveyed to the payment of a judgment against the alleged fraudulent vendor. The cause was tried before a referee, who found the facts and law for defendants, and recommended that

the petition be dismissed.   This report was confirmed.   The plaintiffs appeal.

*N. M. Hubbard* for the appellants — *Smyth & Young* for the appellees.

COLE, J. — The only question made in the case is one of fact, and no evidence whatever is certified to this court.   As, upon the allegations of the pleadings, the defendants are entitled to judgment, and as there is no evidence before us, we can only order the judgment

Affirmed.